EL PUEBLO, DEMANDANTE Y APELADO, *v.* PEREIRA ET AL., ACUSADOS Y APELANTES.

Apelación procedente de la Corte de Distrito de Humacao en causa por infracción al artículo 61 de la Ley de Arbitrios.

No. 2009.—Resuelto en febrero 12, 1923.

PRUEBA; PERITOS.—Un agente de rentas internas puede, establecida su capacidad para ello, declarar como perito sobre si determinado aparato presentado a la corte en piezas constituye o no un alambique, y cuando tal prueba no es contradicha la corte está justificada en aceptar la conclusión del perito, especialmente cuando su declaración está robustecida por otra prueba.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. C. García de la Noceda.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Habiendo sido declarados culpables los apelantes por tener ilegalmente en su posesión un alambique, alegan como errores, los siguientes:

"(A) La corte inferior cometió error al aceptar, como ha aceptado, que las piezas ocupadas por la policía, sean en su totalidad, un alambique, listo para destilar alcohol;

"(B) La corte cometió error al llegar a la conclusión de que los acusados eran culpables de una infracción a la sección 61 de la Ley de Arbitrios, aprobada en 1919; y

"(C) La corte cometió error al llegar a la conclusión de que los acusados, maliciosa y voluntariamente, tenían en su poder, custodia, bajo su disposición o control, un alambique o aparato destilatorio."

Este fué un caso en el cual un agente de rentas internas, probando su capacidad como perito, y dos policías declararon que los aparatos ocupados constituían un alambique, habiendo la corte dádole crédito a sus manifestaciones. No hubo substancialmente ninguna contradicción en la prueba sobre este punto. Aunque pudiera haber alguna duda respecto a si los aparatos como fueron hallados podrían funcionar como un alambique, hubo suficiente prueba circunstancial ante la corte inferior para declarar probado que las personas a quienes los aparatos pertenecían estaban en posesión ilegal de un alambique.

Los otros dos señalamientos pueden ser considerados conjuntamente. Hubo contradicciones en las manifestaciones de los dos policías como sucede frecuentemente. Estos policías, que fueron llamados como testigos, declararon sobre la existencia del alambique y el testigo Colón manifestó que uno de los acusados a presencia del otro admitió la propiedad de los aparatos. Algo por el estilo puede verse en la manifestación hecha por el otro testigo. Todo esto fué fuertemente contradicho. El caso, sin embargo, no es uno que pueda quedar excluído de la regla ya establecida y tan fre-

cuentemente enunciada de que el juez sentenciador está en la mejor situación para apreciar los hechos.

La sentencia debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.